JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FRANK EDWARD PETERS, II; and
SHANNON TAKISHA PRINCE-
PETERS,

               Plaintiffs,

    v.

LORI POZUELOS; and DOES 1-10,

               Defendants.

Case No. 5:25-cv-02543-SPG-SSC

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice, and the case is closed.

**IT IS SO ORDERED.**

DATED: March 17, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-